ACCEPTED
15-24-00034-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/11/2025 2:50 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/11/2025 2:50:55 PM
CHRISTOPHER A. PRINE
Clerk



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

March 11, 2025

Christopher Prine                *Via E-file*
Clerk of the Court
Court of Appeals
Fifteenth District of Texas
P.O. Box 12852
Austin, Texas 78711

RE:  Case No. 15-24-00034-CV; Exxon Mobil Global Services v. State Office of
     Administrative Hearings, and Keneshia Washington in her Official Capacity
     as Administrative Law Judge

Dear Mr. Prine,

This is to acknowledge receipt of your March 5, 2025, letter notifying the parties of the submission of this case on oral argument on April 15, 2025, in Houston.

I also wanted to notify you that I will be presenting oral argument on behalf of Appellees, the State Office of Administrative Hearings and Administrative Law Judge Keneshia Washington.

*/s/ Karen L. Watkins*
KAREN L. WATKINS
State Bar No. 20927425
Assistant Attorney General
Austin, Texas 78711-2548
Tel. (512) 475-4208
Fax (512) 320-0167
karen.watkins@oag.texas.gov

c:   Ms. Tracy Turner and Mr. John Bruniak, via e-service
     Ms. Caroline Tom, via e-service

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeff Lutz on behalf of Karen Watkins
Bar No. 20927425
jeff.lutz@oag.texas.gov
Envelope ID: 98327706
Filing Code Description: Letter
Filing Description: 2025 0311 OA Intent to argue letter for Appellees
Status as of 3/11/2025 3:07 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Brusniak | | john@texaspropertytaxattorneys.com | 3/11/2025 2:50:55 PM | SENT |
| Tracy Turner | | tracy@texaspropertytaxattorneys.com | 3/11/2025 2:50:55 PM | SENT |
| Lauren Brusniak | | lauren@texaspropertytaxattorneys.com | 3/11/2025 2:50:55 PM | SENT |
| Kendal Carnley | | kendal@texaspropertytaxattorneys.com | 3/11/2025 2:50:55 PM | SENT |
| Caroline Tom | | ctom@olsonllp.com | 3/11/2025 2:50:55 PM | SENT |
| Karen Watkins | | karen.watkins@oag.texas.gov | 3/11/2025 2:50:55 PM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 3/11/2025 2:50:55 PM | SENT |